In the Matter of Proving the Will of GEORGE RANDALL, Deceased.

FRANCES RANDALL, Appellant; WILLIAM RANDALL et al., Respondents.

*Matter of Randall*, 158 App. Div. 951, affirmed.
  (Argued April 16, 1914; decided May 5, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 10, 1913, which affirmed a decree of the Cayuga County Surrogate's Court admitting to probate and construing the will of George Randall, deceased.

*Chester G. Blaine* for appellant.

*John Van Sickle* and *Arthur E. Blauvelt* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.